THE STATE OF NEW JERSEY, RESPONDENT, v. CARMEN
RUSSO, PETITIONER.

See same case below: 6 *N. J. Super.* 250.

*Messrs. Feder & Rinzler* for the petitioner.

*Mr. Donald G. Collester* for the respondent.

April 10, 1950.   Denied.

ELIZABETH BRUNS, COMPLAINANT-PETITIONER, v. RAL-
SAMOND MATTOCKS, ET AL., DEFENDANTS, MINNIE
SELVIN, DEFENDANT-RESPONDENT.

See same case below: 6 *N. J. Super.* 174.

*Mr. George F. Losche* and *Mr. James A. Major* for the
petitioner.

*Messrs. Platoff & Platoff* and *Mr. Harold Kolovsky* for the
respondent.

April 24, 1950.   Denied.